CAUSE NO. _____          25,963-02

JOSEPH EMIL BUNN                    §
       RELATOR                     §        IN THE COURT OF
                                   §        CRIMINAL APPEALS
       V.                          §        AUSTIN, TEXAS
                                   §
263RD DISTRICT COURT               §
of HARRIS COUNTY                   §
       RESPONDANT                  §

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

### PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT:

NOW COMES Joseph Emil Bunn, Relator, pro se in the above styled and numbered cause of action and files this Original Application for Writ of Mandamus pursuant to Article 11.07, Sec. 3(c) of the Texas Code of Criminal Procedure and would show this Court the following:

RELATOR

Joseph Emil Bunn TDCJ# 917274 Is an Offender incarcerated in the Texas Department of Criminal Justice and is appearing Pro se, who can be located at the Connally Unit in Kenedy, Texas. Relator has exhausted his remedies and has NO other adequate remedy at Law.

The act sought is to be compelled is ministerial, NOT discretionary in nature. TCCP Art. 11.07 Sec. 3(c) requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of thge Application of Habeas Corpus the convicting Court has decided that there are UNRESOLVED ISSUES that need to be Resolved.

RESPONDENT

The Respondent has failed in his capacity and the Court has a Ministerial duty to file its response in the Court of Criminal Appeals in the Criminal Proceeding and perform all other duties imposed by LAW TCCP and is responsible under the rules of TCCP 11.07, and must immediately transmit to the Court of Criminal Appeals there findings of facts and a copy of the Writ of Habeas Corpus 11.07.

VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE

The Respondent violated Art. 11.07 Sec. 3(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the Application for Writ of habeas Corpus any answer filed and a Certifiied reciting the date upon which that

finding was made to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from the date which the documents were requested to be transmitted.

LETTERS

To date Relator has recived NO response from the Respondent regarding his requests for transmittal of a copy of the Application for Writ of Habeas Corpus. (Exhibit the Letters ).

It is clear from the letters that Relator has sent to the Court of Harris County Texas and relator has repeatedly put respondent on NOTICE that Relator is seeking the transmittal copy of the Application for Writ of Habeas Corpus along with the findings of facts. Relator has gone well beyond any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure. In contrast to relators efforts. Respondent has wholly failed to comply with the texas CCP Art. 11.07 Sec. 3(c) and is acting in bad faith and has also failed to afford relator the professional and Common Courtesy of any written responses to his correspondance and request that the Rules of TCCP Art. 11.07 be followed. As Art. 11.07 Sec. 3(c) clearly stated that "If the convicting Court decides that there are UNRESOLVED ISSUES that they shall make a finding of facts and transmit them to the Court of Criminal Appeals. Failure of the Court to act within the time allowed by the TCCP shall constitute that the Court is in Agreement with the Relator that the Writ of Habeas Corpus is True. And that the respondent has violated the Laws and the Procedures and its ministerial duties and thus all in violation of the Texas Laws.

PRAYER

WHEREFORE PREMISES CONSIDER Relator Respectfully requests that this Court make the Respondent answer the 11.07 Writ of Habeas Corpus or grant the relator a Default Judgment in relators favor as the relator has Brought this litigation in GOOD FAITH. (EXHIBITS TO THE RELATORS LETTERS AND COURT ORDERS ARE ATTACHED)

RESPECTFULLY SUBMITTED

*Joseph Emil Bunn* #917274
Joseph Emil Bunn #917274
Connally Unit
899 F.M. 632
Kenedy, Texas 78119

CAUSE NO 819780-A

EX PARTE                         §        IN THE  263rd  DISTRICT
    Joseph Bunn                    §            COURT OF HARRIS
                                   §            COUNTY TEXAS

REQUEST FOR DISPOSITION OF THE 11.07 WRIT OF HABEAS CORPUS

The State of Texas stated in a Motion that there were unresolved issues in the Writ of Habeas Corpus that was presented to the Court in February of 2015. The District Attorney signed an Motion of March 6, 2015. Stateing that the Court needs to address the Unresolved issues. The Court had made an Order for the designation of the issues on March 10, of 2015. I have had no other communication from the Court on what has been done in my case. It has been over a month in a half and I have received no answer to the 11.07 Writ of Habeas Corpus. Accordingly to the Code of Criminal Procedure under Article 11.07 the Court only has so many days to file a response. It has been longer than the allowed time. Please inform me as to what is going on in my case. So that I may if need be file a motion for default judgment.

Dated April 24, 2015                          RESPECTFULLY SUBMITTED

 

                                 Joseph Bunn TDCJ #917274
                                  Connally Unit
                                  899 F.M. 632
                                  Kenedy, Texas 78119

CAUSE NO. 819780-A

EX PARTE

JOSEPH BUNN

§ (

§

IN THE 263rd DISTRICT

IN THE 263rd DISTRICT

COURT OF HARRIS

COUNTY, TEXAS

## SECOND REQUEST FOR DISPOSITION OF THE 11.07 WRIT OF HABEAS CORPUS

This is the Second request for the Disposition of my Writ of Habeas Corpus from the 263rd District Court of Harris County, Texas On Febuary of 2015 I have sent off my Application of 11.07 Writ of Habeas Corpus. The District Attorney of the 263rd District Court has agreed that there are unresolved Issues that need to be addressed and the Court has also agreed that there are unresolved issues and that they needed to be addressed. This was in March 6, 2015 that the District Attorney agreed and March 10, 2015 that the District Court had agreed. The District Court had made a Designation of the Issues on March 10, 2015. And I have had NO further letters or the fact findings of my case mailed to me.

On April 24, 2015 I Sent My first Letter of Request for the the Disposition of my 11.07 Writ of Habeas Corpus But have still have received NO answer to my inquiry The Court is in Violation of the Texas Code of Criminal Procedure Under Article 11.07 as the Court is grant only so many days to file its response and has failed to do so.

Under the Code of Criminal Procedures Article 11.07 The Court has 20 days If the Court deciddes that there are controverted, previously unresolved facts which are material to the legality of the Applicant's confinement it SHALL enter an Order within 20 days of the Expiration of the time allowed for the State to reply, designating the Issues of the fact to be resolved.

The time is well passed and the Applicant is now sending his Second Request for the Factual Findings of Facts that are unresolved in his case. And to Once again ask why there is NOT been a Findins of Facts been done for his Unresolved Issues on his 11.07 Writ of Habeas Corpus.

DATE MAY 14, 2015

RESPECTFULLY SUBMITTED

Joseph Bunn TDCJ #917274
Connally Unit

899 F.M. 632 Kenedy, Texas
Kenedy, texas 78119

FILED
Chris Daniel
District Clerk

MAR 06 2015
Time: 4:15
Harris County, Texas
Deputy

Cause No. 819780-A

EX PARTE

§ IN THE 263rd DISTRICT COURT

§ OF

JOSEPH EMIL BUNN,
Applicant

§ HARRIS COUNTY, TEXAS

## MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the following issues which need to be resolved:

1. Whether the applicant was denied effective assistance of counsel;

2. Whether the trial court erred; and

3. Whether the applicant was the victim of prosecutorial misconduct.

A/999

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the applicant at the following address:

Joseph Emil Bunn
#917274 – Connally Unit 3-A-6-B
899 FM 632
Kenedy, Texas 78119

SIGNED this 6th day of March, 2015.

Respectfully submitted,

Eva Flores
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas   77002
(713) 755-6657 (office)
(713) 755-5809 (fax)
Texas Bar I.D. #24059760

2

Cause No. 819780-A

**FILED**

Chris Daniel
District Clerk

MAR 06 2015

Harris County, Texas

By _____
Deputy

| EX PARTE | § | IN THE 263rd DISTRICT COURT |
|---|---|---|
| | § | OF |
| JOSEPH EMIL BUNN,<br>Applicant | § | HARRIS COUNTY, TEXAS |

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding:

1. Whether the applicant was denied effective assistance of counsel;

2. Whether the trial court erred; and

3. Whether the applicant was the victim of prosecutorial misconduct.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

27/996 13/999
27/995

By the following signature, the Court adopts State's Proposed Order

Designating Issues in Cause Number 819780-A.

SIGNED on the _____ day of _____ MAR 1 0 2015 _____, 2015.

_____
PRESIDING JUDGE

2

**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hardcopy, as it appears on this date. Witness my official hand and seal of office this

3·11·15

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

Deputy